32 N.J. 350 (1960)
160 A.2d 847
HOWART CROSS, PLAINTIFF-PETITIONER,
v.
ROBERT E. LAMB, INC., DEFENDANT-PETITIONER, AND TRUSKEY INDUSTRIAL PIPE FITTERS, INC., DEFENDANT-RESPONDENT.
The Supreme Court of New Jersey.
May 4, 1960.
Messrs. Brown, Connery, Kulp & Wille for the plaintiff-petitioner.
Messrs. Schreiber, Lancaster & Demos for the defendant-petitioner.
Messrs. Kisselman, Devine & Deighan for the defendant-respondent.
Denied.